# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erin Lea Tusar, | |
| Plaintiff, | No.18-cv-00958 |
| v. | (Judge Mannion) |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

# ORDER

For the reasons discussed in the simultaneously filed memorandum, **it is hereby ordered that:**

1. Plaintiff's appeal of the Acting Commissioner's denial of benefits (Doc. 1) is **GRANTED**;

2. Pursuant to the fourth sentence of 42 U.S.C. § 405 (g), this matter is remanded to the Acting Commissioner for further consideration consistent with points raised in the simultaneously filed memorandum; and

3. The Clerk of Court is directed to close this case.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated: March 18, 2019.
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0958-01 ORDER.DOCX